

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00379-CR

| | | |
|---|---|---|
| Brandon Wayne Russell | § | From the 355th District Court |
| | § | of Hood County (CR12391) |
| v. | § | August 26, 2016 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the $893.98 fine. The sum of $893.98 shall also be removed from the order to withdraw funds from appellant's inmate trust account. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker_____
      Justice Sue Walker